■　　In the Matter of MARTIN X. SOSTRE, Appellant, v. PRISON BOARD OF ATTICA PRISON et al., Respondents.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Erie Supreme Court denying, without a hearing, motion for an order compelling respondents to reduce petitioner's sentence.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■　　In the Matter of MARTIN S. SOSTRE, Appellant, v. PRISON BOARD OF ATTICA PRISON et al., Respondents.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: Appellant specifically waived assignment of counsel upon this appeal. (Appeal from order of Erie Supreme Court denying, without a hearing, motion for an order to compel WARD, J., to execute a final order in an article 78 proceeding.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■　　THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK II. WEBSTER, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Application denied without prejudice to review of the order of August 19, 1964, denying appellant's request for counsel in the event there is a final determination adverse to appellant and an appeal is prosecuted therefrom pursuant to CPLR 7011.